UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LEE TOMMIE AMERSON                                    PLAINTIFF

VS.                            CIVIL ACTION NO. 3:17CV747TSL-RHW

SHERIFF BILLIE SOLLIE, ET AL.                        DEFENDANTS

<u>ORDER</u>

This cause is before the court on the report and recommendation of Magistrate Judge Robert H. Walker entered on May 16, 2018, recommending that plaintiff's complaint be dismissed for failure to prosecute. Plaintiff Lee Tommie Amerson has not filed objections and the time for doing so has since expired. Having reviewed the report and recommendation, the court concludes that report and recommendation is well taken and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Robert H. Walker entered on May 16, 2018, be, and the same is hereby, adopted as the finding of this court. Accordingly, it is ordered that the complaint in this matter is dismissed for failure to prosecute.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 26th day of June, 2018.


                        /s/ Tom S. Lee_____
                        UNITED STATES DISTRICT JUDGE